IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER
ADC #114018                                                         PLAINTIFF

v.                          No. 3:22-cv-00084-DPM

JAMES CONRAD, Manager, Wal-Mart;
DOE, Manager, McDonald's;
BELINDA, Assistant Manager, Wal-Mart                                DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2022